# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-1809

———————————————

JACKIE DOVE, as trustee of the
Jackie Dove Living Trust, U/T/D
August 21, 2015, HERBERT C.
MANTOOTH and JANET M.
MANTOOTH,

    Petitioners,

    v.

WILLIAM T. LAND, RAMONA LAND
and CITY COUNCIL for the City of
Live Oak, Florida,

    Respondents.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

March 27, 2019

PER CURIAM.

    The petition is denied on the merits.

WOLF, WINOKUR, and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


George T. Reeves of Davis, Schnitker, Reeves & Browning, P.A., Madison, for Petitioners.

John Joseph Joyce of Robinson, Kennon & Kendron, P.A., Lake City, for Respondents William T. Land and Ramona Land.